USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claudio Anzalone,

        Plaintiff,

–v–

The Government of the Republic of Armenia, *et al.*,

        Defendants.

19-cv-6696 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As noted in the Court's previous Order, Dkt. No. 24, all scheduled conferences in this matter have been adjourned.

    SO ORDERED.

Dated: March __19__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge